Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES GOVERNMENT, | ) | CASE: 6:12-MJ-0062-MJS |
| Plaintiff, | ) ) | AMENDED STIPULATION TO MOVE BENCH |
| vs. | ) ) | TRIAL DATE AND ORDER THEREON. |
| STEVEN TAPETILLO, | ) ) | |
| Defendant. | ) ) | Court: U.S. District Court - Yosemite Judge: Honorable Michael J. Seng |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer

for the National Park Service, Defendant, Steven Tapetillo, and his attorney of record, Eugene

Action, that the Bench Trial in the above-captioned matter currently scheduled for December 12,

2012, be moved to January 30, 2013, at 09:00 a.m.  Defense Counsel has a jury trial scheduled

for December 12, 2012 in a State Court matter.  The parties had previously met on November 1,

2012 and agreed to a January 10, 2013 trial date for this matter, however, the Government has a

trial in a separate matter currently scheduled for that date before this Court.  It is anticipated the

other trial will take a day to complete.  The Clerk of the Court confirmed January 30, 2013 is

//

//

available for a trial date in this matter, and therefore the parties would request this matter be moved to that date.


Dated: December 3, 2012                    /s/ Susan St. Vincent
                                           Susan St. Vincent
                                           Acting Legal Officer for
                                           National Park Service


Dated: December 3, 2012                    /s/ Eugene Action
                                           Eugene Action
                                           Attorney for
                                           Defendant


* * * ORDER * * *

        The Court, having reviewed the above request to continue  the bench trial in this matter from  December 12, 2012  to January 30, 2013, at 9:00 a.m., and finding good cause therefore, HEREBY ORDERS AS FOLLOWS:

        The December 12, 2012 , trial date in U.S. v. Tapetillo, case no. 6:12mj62, is vacated and trial shall instead commence January 30, 2013 at 09:00 a.m.


IT IS SO ORDERED.

Dated:    December 6, 2012          /s/ Michael J. Seng
                                    UNITED STATES MAGISTRATE JUDGE