1 Susan St. Vincent
Acting Legal Officer
2 NATIONAL PARK SERVICE
Law Enforcement Office
3 P.O. Box 517
Yosemite, California 95389
4 Telephone: 209-372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>  Plaintiff,<br><br>  vs.<br><br>STEVEN J. TAPETILLO,<br><br>  Defendant. | CASE: 6:12-MJ-0012-MJS<br><br>STIPULATION TO VACATE TRIAL DATE AND SET FOR PLEA AND SENTENCE; AND. ORDER THEREON<br><br>Court: U.S. District Court - Yosemite<br>Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Steven J. Tapetillo, and his attorney of record, Eugene Action, that the Bench Trial in the above-captioned matter currently scheduled for January 30, 2013 be vacated, and the matter be set for Plea and Sentence on January 30, 2013, at 1:30 p.m.

Dated: January 24, 2013        /s/ Susan St. Vincent
                               Susan St. Vincent
                               Acting Legal Officer for
                               National Park Service

Dated: January 24, 2013        /s/ Eugene Action
                               Eugene Action
                               Attorney for
                               Steven Tapetillo

1

* * * ORDER * * *

The Court, having reviewed the above stipulation and finding good cause for the relief requested therein, HEREBY ORDERS AS FOLLOWS:

1. The Trial set for January 30, 2013, is vacated.
2. The above-captioned matter is now set for entry of plea and sentencing on January 30, 2013.

IT IS SO ORDERED.

Dated:     January 24, 2013                    /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE